**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2187**

ROBERT BAIN BROUGHTON, JR.; CELESTE G. BROUGHTON,

Plaintiffs – Appellants,

v.

JOHN N. MCCLAIN, JR.; ROBERT GALEY; WELLS FARGO & COMPANY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, Senior District Judge. (5:13-cv-00454-H)

Submitted: December 12, 2014          Decided: December 16, 2014

Before MOTZ, SHEDD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert B. Broughton, Jr., Celeste G. Broughton, Appellants Pro Se. William Sidney Aldridge, NICHOLLS & CRAMPTON, PA, Raleigh, North Carolina; Debbie Weston Harden, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert D. Broughton, Jr. and Celeste G. Broughton appeal the district court's orders dismissing their complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Broughton v. McClain, No. 5:13-cv-00454-H (E.D.N.C. July 22 & Sept. 29, 2014). We also deny the Appellants' motion for an injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED